UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                              Chapter 11

1974 REALTY ASSOCIATES                              Case No. 10- 11417

                Debtor.
------------------------------------------------------------x

# ORDER GRANTING APPLICATION FOR FINAL ALLOWANCE
# OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

        Upon the application (the "Application") of Backenroth Frankel & Krinsky, LLP, attorneys for the Debtor, for final allowance of compensation and reimbursement of expenses for professional services rendered and expenses incurred during this Chapter 11 case, and upon the hearing held before this Court on February 3, 2011, and after due deliberation and sufficient cause appearing therefore, it is

        ORDERED, that the Application is granted to the extent set forth in Schedule A annexed hereto.

Dated: New York, New York
       February 7, 2011

                                                /s/ Shelley C. Chapman
                                               Hon. Shelley C. Chapman
                                               UNITED STATES BANKRUPTCY JUDGE

Case Number: 10- 11417

Case Name: 1974 REALTY ASSOCIATES

## SUMMARY: FEE PERIOD
## September 2, 2010 THROUGH NOVEMBER 21, 2010

| Applicant | Date/Docket No. of Application | Fees Requested | Fees Awarded | Fees Held Back | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|
| Backenroth Frankel & Krinsky LLP | | $85,153 | $82,890 ($50,000 of which was previously paid to Applicant as pre-petition retainer) | | $2,337 | $2,337 |

**SCHEDULE A**          Date: February 7, 2011          Initials: _SCC_____ USBJ