UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

In re                                                              Chapter 11

1974 REALTY ASSOCIATES,                          Case no. 10-11417

                              Debtor.
----------------------------------------------------------x

## ORDER DIRECTING TURNOVER

        Upon the application ("Application") of 1974 Realty Associates ("Debtor") for an order authorizing and directing the Law Office of Jules W. Schapiro to release all funds being held on the Debtor's behalf, including such funds being held in escrow in the amount of approximately $46,496 subject to the Escrow Letter, as defined in the Application (the "Escrow Funds"), and upon the hearing held before this Court on July 12, 2011, and upon the entire record of this Chapter 11 case, and after due deliberation and sufficient cause appearing therefore, it is

        ORDERED, that pursuant to sections 105, 542 and 543 of the Bankruptcy Code, the Law Office of Jules W. Schapiro is hereby directed to release the Escrow Funds to the Debtor by promptly issuing a check in the amount of the Escrow Funds to "Backenroth Frankel & Krinsky, LLP, as attorneys for 1974 Realty Associates," and delivering such check to Backenroth Frankel & Krinsky, LLP at 489 Fifth Avenue, New York, New York 10017.

Dated: New York, New York
       July 14, 2011

                                                      */s/ Shelley C. Chapman*
                                                      UNITED STATES BANKRUPTCY JUDGE