UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                                                          Chapter 11

1974 REALTY ASSOCIATES                                              Case No. 10- 11417

                Debtor.
------------------------------------------------------------x


**ORDER GRANTING APPLICATION FOR ALLOWANCE
OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES**


        Upon the application (the "Application") of Shanholt Glassman Klein Kramer & Co. ("SGKK"), accountants for the Debtor, for allowance of final compensation and reimbursement of expenses for professional services rendered and expenses incurred during this Chapter 11 case, and upon the hearing held before this Court on July 12, 2011, and upon the supplemental submission made by SGKK concerning its billing, and after due deliberation, and consideration sufficient cause appearing therefore, it is

        **ORDERED** that the Application be, and it hereby is, granted to the extent set forth in the Schedule annexed hereto.


Dated: July 25, 2011
       New York, New York


                              */s/ Shelley C. Chapman*
                              HONORABLE SHELLEY C. CHAPMAN
                              UNITED STATES BANKRUPTCY JUDGE

Case Number: 10- 11417

Case Name: 1974 REALTY ASSOCIATES

## SUMMARY: FEE PERIOD
## October 22, 2009 THROUGH January 28, 2011

| Applicant | Date/Docket No. of Application | Fees Requested | Fees Awarded | Fees Held Back | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|
| Shanholt Glassman Klein Kramer & Co. | 6/14/11 (Doc# 87) | $20,243.28 | $20,243.28 | -0- | | |

**SCHEDULE A**      Dated: July 25, 2011      Initials: (SCC) U.S.B.J.