**JAMES H.R. WINDELS, ESQ.**, BOARD CHAIR
**MARTIN S. NEEDELMAN, ESQ.**, EXECUTIVE DIRECTOR AND CHIEF COUNSEL
**PAUL J. ACINAPURA, ESQ.**, GENERAL COUNSEL



*From the Desk of Ndukwe D. Agwu*
*Senior Staff Attorney, Anti-Predatory Lending and Foreclosure Unit*
*Phone and Fax 718-487-2310*
*Email nagwu@bka.org*

Monday, February 09, 2015

BY REGULAR MAIL AND ECF

| Gary Kyme, Esq. | Neal M. Rosenbloom, Esq. | Mark Frankel |
| --- | --- | --- |
| gkyme@mcmplaw.com | nrosenbloom@gwfglaw.com | mfrankel@bfklaw.com |
| McMillan, Constabile, Maker & Perone, LLP | Goldberg Weprin Finkel Goldstein LLP | Backenroth Frankel & Krinsky, LLP |
| 2180 Boston Post Road | 1501 Broadway, 22nd Floor | 800 Third Avenue, 11th Floor |
| Larchmont, NY 10538 | New York, New York 10036 | New York, New York 10022 |

**RE: 1974 Realty Associates Case Number: 10-11417-scc**

Please consider this letter for the purpose of given notice that a hearing has been scheduled for the above captioned case before Judge Shelly C Chapman on March 19, 2015 at 10am.

Sincerely,

/s/ Ndukwe Agwu

Ndukwe Agwu, Esq.

Cc:   Paul Acinapura, Esq.
       David Bryan, Esq.